UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02345-MWF (JDE) | Date | May 12, 2022 |
|---|---|---|---|
| Title | Christopher Matthew Morgenstern v. Kilolo Kijakazi, Comm'r of Soc. Sec. | | |

Present: The Honorable    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**        (In Chambers) Order re Dismissal Without Prejudice

On April 7, 2022, Plaintiff Christopher Matthew Morgenstern ("Plaintiff") filed a Complaint for Review of Final Decision of the Commissioner of Social Security. Dkt. 1. Concurrently therewith, Plaintiff filed an Application to Proceed without Prepaying Fees or Costs ("IFP Request"). Dkt. 2. On April 11, 2022, the Court denied Plaintiff's IFP Request and ordered that "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." Dkt. 8 ("Order").

More than 30 days have passed since the entry of the Order and Plaintiff has not paid the filing fees nor sought additional time in which to do so. As a result, per the Order, the action is subject to immediate dismissal.

As Plaintiff was Ordered to pay the filing fees in full within 30 days of the April 11, 2022 Order or the case would be dismissed, and as Plaintiff did not pay the filing fees within 30 days of the Order or timely seek additional time in which to do so, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Preparer    rs